UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN RE:                                                                                         CASE NO.: 09-03049-8-RDD

HYMAN, KENNETH J.                                                              CHAPTER 7
HYMAN, MELISSA C.

    DEBTORS

REPORT OF SMALL DIVIDENDS UNDER
BANKRUPTCY RULE 3010

    Under Bankruptcy Rule 3010, Small Dividends and Payments in Chapter 7 Liquidation, no dividend in an amount less than $5.00 shall be distributed to any creditor unless authorized by local rule or order of the court. A list of all known names and addresses of the entities and the amounts which they entitled to be paid from the remaining property of the estate shall be filed with the clerk.

SEE ATTACHED EXHIBIT

Dated: June 22, 2010

                                                /s/ Joseph N. Callaway
                                                Joseph N. Callaway
                                                Chapter 7 Trustee
                                                P. O. Box 7100
                                                Rocky Mount, NC  27804-0100
                                                (252)937-2200

Attachment:  1 Check(s)

cc: Bankruptcy Administrator (w/copy of check)

Date: 06/22/10        Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-03049-8-RDD - HYMAN, KENNETH J.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Empire Electric<br>PO Box 1787<br>Joplin, MO 64802-0127 | 000012 | 88.17 | 1.02 |
| ---------- Remittance Total --------------- | | 88.17 | 1.02 |

_signature_

JOSEPH N. CALLAWAY, Trustee